FILED
U.S. DIST COURT

2005 JUN - 1 P 1: 50

BY DEPUTY CLERK

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

05-829-C-M3

UNITED STATES DISTRICT COURT
MIDDLE  DISTRICT OF LOUISIANA

Stephen E. Sams#113651
Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

CIVIL ACTION

NO.

versus

SECTION

Warden, James M. LeBlanc

Capt. Brown; Sgt/ Ryan Guy

Print the full name of all defendants in
this action.
**DO NOT WRITE et al.**

COMPLAINT

I.      Previous Lawsuits

A.      Have you begun other lawsuits in state or federal court dealing with the same
        facts involved in this action or otherwise relating to your imprisonment?
        Yes ( )  No (x)

B.   If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.   Parties to the previous lawsuit

        Plaintiffs _____N/A_____

        _____

        Defendants _____N/A_____

        _____

   2.   Court (If federal court, name of the district court; if state court, name the parish.)
        _____N/A_____

   3.   Docket Number _____N/A_____

   4.   Name of judge to whom case was assigned _____

        _____N/A_____

   5.   Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)
        _____N/A_____

   6.   Approximate date of filing lawsuit _____N/A_____

   7.   Approximate date of disposition _____N/A_____

C.   Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
     Yes ( )  No (X )

     If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.
     _____N/A_____

     _____

     _____

2

II.     PLACE OF PRESENT CONFINEMENT: <u>Dixon Correctional Institute</u>

A.     Is there a prisoner grievance procedure in this institution?
Yes ( X ) No ( )

B.     Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ( X ) No ( )

C.     If your answer is "yes",

1.     Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

<u>See attached hereto.</u>

2.     As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? <u>Yes, all available</u>

D.     If your answer is NO, explain why you have not done so: _____

_____<u>N/A</u>_____

_____

_____

III.     Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A.     Full Name of Plaintiff
(First - Middle - Last) <u>Stephens E. Sams</u>

Prisoner Number <u>113651</u>

Address <u>Dixon Correctional Institute, P.O. Box 788, Jackson, La.</u>

Date of Birth <u>7/24/68</u>

Date of Arrest <u>1/21/86</u>

Date of Conviction <u>6/17/86</u>

3

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B.    Defendant James M. LeBlanc is employed as Warden

at D.C.I.

Address for service: P.O. Box 788, Jackson, La. 70748

C.    Defendant Ryan Guy is employed as Sgt.

at D.C.I.

Address for service: P.O. Box 788, Jackson, La. 70748

D.    Defendant Gregory Brown is employed as Captain

at D.C.I.

Address for service: P.O. Box 788, Jackson, La. 70748

E.    Defendant _____ is employed as _____

at _____

Address for service: _____

F.    Defendant _____ is employed as _____

at _____

Address for service: _____

G.    Defendant _____ is employed as _____

at _____

Address for service: _____

4

IV.     Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

On 12-31-04, Officer Ryan Guy, made a racial slur to the entire dormitory on unit one as follow: "Tonight will be a New Year and yall don't need to be acting like a bunch of monkeys." Immediately therafter, inmates began to question the Officer of the meaning of said racial statement. The Officer just proceeded in the Officer Station without a response. I then sought to talk with Captain Gregory Brown, the officer's supervisor. After speaking to the supervisor it was required that the officer apologize to the dormitory. This appology was not accepted due to the nature in which it was forced to be made.

V.     Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

The officer should be terminated from working in this prison. Further all state employees that's required to work be instructed that such actions as described herein will not be tolerated.

## VI. Plaintiff's Declaration

1)      I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)      I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)      I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)      I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this ___26th___ day of ___May_____, 20_05_.

_____
(Signature of Plaintiff)

01/04

6